FILE COPY

CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

October 06, 2014

Mittie Fleming
PO Box 225603
Dallas, TX 75222
* DELIVERED VIA E-MAIL *


RE:    Court of Appeals Number:    05-14-00321-CV
       Trial Court Case Number:    DC-13-00683


Style:  Mittie Fleming DBA

        v.

        Subway Restaurant, 1309 Main St, LLC and Buscom Group, LLC


        The appellant's brief filed in the above referenced cause does not satisfy the requirements of Rule 38 of the Texas Rules of Appellate Procedure. Specifically, the brief is deficient as follows:


\_\_\_\_\_    It does not contain a complete list of all parties to the trial courts' judgment or appealable order with the names and addresses of all trial and appellate counsel. TEX. R. APP. P. 38.1(a).

\_\_\_\_\_    It does not contain a table of contents with references to the pages of the brief. TEX. R. APP. P. 38.1(b).

\_\_x\_\_   The table of contents does not indicate the subject matter of each issue or point, or group of issues or points. TEX. R. APP. P. 38.1(b).

\_\_\_\_\_    It does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited. TEX. R. APP. P. 38.1(c).

__x__ It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references. TEX. R. APP. P. 38.1(d).

_____ It does not concisely state all issues or points presented for review. TEX. R. APP. P. 38.1(f).

__x__ It does not contain a concise statement of the facts supported by record references. TEX. R. APP. P. 38.1(g).

__x__ It does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. TEX. R. APP. P. 38.1(h).

_____ The argument does not contain appropriate citations to authorities. TEX R. APP. P. 38.1(i).

__x__ The argument does not contain appropriate citations to the record. TEX. R. APP. P. 38.1(i).

_____ It does not contain a short conclusion that clearly states the nature of the relief sought. TEX. R. APP. P. 38.1(j).

_____ Text of brief is not double spaced. TEX. R. APP. P. 9.4(d).

_____ Text of brief is not proper size. TEX. R. APP. P. 9.4(e).

_____ It does not contain a proper certificate of service. TEX. R. APP. P. 9.5(e)(2)(3).

_____ Documents in appendix must be redacted to remove name of child. TEX. R. APP. P. 9.8(b).

_____ Documents in appendix must be redacted to remove name of parent. TEX. R. APP. P. 9.8(b).

__x__ One or more of the following is omitted from the appendix. Tex. R. App. P. 38.1(k).

    __x__ The trial court's judgment. Tex. R. App. P. 38.1(k)(1)(A).

    __x__ The jury charge and verdict, if any, or the trial court's findings of fact and conclusions of law, if any. Tex. R. App. P. 38.1(k)(1)(B).

    __x__ The text of any rule, regulation, ordinance, statute, constitutional provision, or other law (excluding case law) on which the argument is based. Tex. R. App. P. 38.1(k)(1)(C).

    __x__ The text of any contract or other document that is central to the argument. Tex. R. App. P. 38.1(k)(1)(C).

__x__ Failure to file an amended brief that compiles with the Texas Rules of Appeallate Procedure within 10 days of the date of this letter may result in dismissal of this appeal without further notice from the Court. See Tex. R. App. P. 38.8(a)(1), 42.3(b),(c)

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:     Dan  D. McClain (DELIVERED VIA E-MAIL)